NO. 30641

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

WELLINGTON YEE YUN PANG and
ANDREA JANET PANG, Plaintiffs,

vs.

RICHARD YEE CHOON PANG and
RAYMONDE JEANNE CADORET PANG, Defendants.

LAW LIBRARY

JEAN R. KIKUMOTO
APPELLATE COURTS
STATE OF HAWAI'I

2010 AUG 10 AM 9: 50

FILED

ORIGINAL PROCEEDING

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the "complaint for fraud" filed in the supreme court by plaintiffs Wellington Yee Yun Pang and Andrea Janet Pang, it appears that we lack jurisdiction to adjudicate the complaint. See HRS § 602-5 (Supp. 2009). Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawai'i, August 10, 2010.